# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILE

'00 NOV 13 PM 10: ...

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P R

Plaintiff(s)  *Carlos Lopez Natal, et al.*        CIVIL NO. *98-2209* (DRD)

v.

Defendant(s)  *United States of America*

| MOTION | ORDER |
|---|---|
| Docket entry no. *8* | ☑ GRANTED. |
| Date: *Oct. / 02 / 00* . | ☐ DENIED. |
| Title: *Motion to Request Status Conference for Scheduling of Matters pending in the present Case* | ☐ MOOT. |
| | ☐ NOTED. |

*Plaintiffs' motion is hereby granted. A Status conference is scheduled for November 29/2000 at 5:00 pm.*

IT IS SO ORDERED.

Date: *November 9th, 2000*.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE