UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                    DATE: November 29, 2000
**CIVIL NO. 98-2209 (DRD)**

===============================================================================

**CARLOS LOPEZ NATAL, et al.,**            Attorneys: Nydia GONZALEZ ORTIZ
   Plaintiffs,
   v.
**UNITED STATES OF AMERICA,**                Fidel SEVILLANO DEL RIO
   Defendant.

===============================================================================

     A INITIAL SCHEDULING CONFERENCE was scheduled for today, however, AUSA Fidel Sevillano informed the Court that the Parties are engaged in serious settlement negotiations. At AUSA Fidel Sevillano's request, the Court **GRANTS** the parties additional time to further explore settlement. Counsel for plaintiff approves of defendant's request. Consequently, the Court resets the **Initial Scheduling Conference** for **Friday December 8, 2000 at 5:00 p.m.**

P:\MINUTES\98-2209.min
s/c: Counsel of record

                                               **DANIEL R. DOMINGUEZ**
                                               **U.S. DISTRICT JUDGE**