UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS LOPEZ NATAL, et al.

v.  Civ. No. 98-2209(DRD)

UNITED STATES OF AMERICA

### ORDER

| MOTION | RULING |
|---|---|
| **Filed:** January 8, 2001  **Docket # 11**  [X] **Plffs**  [X] **Defts**  [ ] Other  **Title:** Stipulation for Compromise Settlement | **Approved.** The Court approves the parties' Stipulation for Compromise Settlement. Pursuant to the terms of the stipulation, the Court hereby **DISMISSES** plaintiff's claims **WITH PREJUDICE** in the above captioned case. The Court retains jurisdiction for compliance with the substantive terms of the Stipulation for Compromise Settlement. |

**Date:** January 25, 2000

DANIEL R. DOMINGUEZ
U.S. District Judge

