UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS LOPEZ NATAL, et al.

v.                                     Civ. No. 98-2209(DRD)

UNITED STATES OF AMERICA

## JUDGMENT

| MOTION | RULING |
|---|---|
| **Filed:** January 8, 2001  **Docket # 11**  [X] Plffs  [X] Defts  [ ] Other  **Title:** Stipulation for Compromise Settlement | Pursuant to the Order issued by the Court this same date, plaintiff's claims against defendant are hereby **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction for compliance with the substantive terms of the Stipulation for Compromise Settlement.  IT IS ADJUDGED AND DECREED. |

Date: January 25, 2001

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:            EOD:

By:                  # 13